```
                            United States Bankruptcy Court
                                  District of Colorado
In re:                                                           Case No. 17-11810-MER
Judith Jean Schneider                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: cosior              Page 1 of 1              Date Rcvd: Mar 09, 2017
                              Form ID: pdf906           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db             +Judith Jean Schneider,    4316 East 113th Place,    Thornton, CO 80233-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              Michael J. Watton    on behalf of Debtor Judith Jean Schneider wlgdnvr@wattongroup.com
              Sally  Zeman    mail@ch13colorado.com,  szeman@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3

**United States Bankruptcy Court**
**For the District of Colorado**

In re:  )
Judith Jean Schneider  )  Bankruptcy Case No. 17-11810-MER
  )  Chapter 13
  )
Debtor(s).  )

**DEFICIENCY NOTICE: DOCUMENTS DUE    3/22/2017**

The following missing documents are required for your case:

- List of Creditors
- Statement of Financial Affairs
- Summary of Assets and Liabilities and Certain Statistical Information
- All Schedules: A/B, C, D, E/F, G, H, I, J
- Verification of List of Creditors
- Employee Income Records OR the Statement Under Penalty of Perjury Concerning Payment Advices
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
- Chapter 13 Means Test Calculation Form 122C-2
- Chapter 13 Plan
- Proof of legally sufficient service and notice of the plan, the deadline to file objections thereto, and the hearing on confirmation, to the U.S. Trustee, Chapter 13 Trustee, and all creditors and parties in interest

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 3/9/2017                                    Kenneth S. Gardner, Clerk
                                                  U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
   Call: 720-904-7300
   Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1002-1, 1007-1, 1007-2, 1007-4, 1007-5, 1007-6, and 1007-7.