United States Bankruptcy Court
District of Colorado

In re:  
Judith Jean Schneider  
     Debtor

Case No. 17-11810-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: mckinleyj    Page 1 of 1    Date Rcvd: May 18, 2017  
                       Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.  
db          +Judith Jean Schneider,   4316 East 113th Place,   Thornton, CO 80233-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:  
          Chapter 13 Trustee - Zeman   on behalf of Trustee Sally  Zeman mail@ch13colorado.com  
          Michael J. Watton   on behalf of Debtor Judith Jean Schneider wlgdnvr@wattongroup.com  
          Sally  Zeman    mail@ch13colorado.com, szeman@ecf.epiqsystems.com  
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                                     TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

JUDITH JEAN SCHNEIDER

   Debtor.

Case No. 17-11810 MER

Chapter 13

**ORDER**

THIS MATTER comes before the Court on Debtor's Certificate and Motion to Determine Notice, filed with the Court on May 16, 2017. The Court, being advised in the premises, ORDERS that:

1. Confirmation of Debtor's Chapter 13 plan filed March 16, 2017 is DENIED. All pending objections are deemed moot. Any party desiring to object to a future plan must file a new objection.

2. The confirmation hearing currently scheduled for May 22, 2017 is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on **Monday, July 10, 2017, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. Absent the entry of the order confirming the plan or rescheduling the hearing, Debtor's counsel is required to appear at the confirmation hearing. If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information.

3. On or before **May 24, 2017,** the Debtor shall file and serve a notice in substantial conformity with L.B.R. 3015-1.8 to all creditors and parties in interest, **along with a copy of the Amended Chapter 13 Plan filed on May 16, 2017**. The deadline for objections shall be **June 21, 2017**. Failing to file the notice and a certificate of service by the above date shall establish cause for dismissal of the within case.

4. If the confirmation involves a contested factual issue regarding presentation of evidence, the hearing will be used as a status and scheduling conference wherein the Court will set the appropriate dates and deadlines for an evidentiary hearing. If objections are filed to the amended plan, the Debtor shall file a certificate and motion to determine notice, pursuant to L.B.R. 3015(g). If no objections are received to the amended plan, the Debtor shall file a verification in compliance with L.B.R. 3015(f). **Either a verification or a certificate and motion to determine notice must be filed on or before July 3, 2017.**

5.

Dated May 18, 2017

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court