UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
JUDITH JEAN SCHNEIDER

      DEBTOR(s).

CHAPTER 13  
CASE: 17-11810-MER

---

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files her Objection to Confirmation of Chapter 13 Plan and as grounds therefore states as follows:

1. Debtor's plan is not feasible. 11 U.S.C. § 1325(a)(6). Debtor's plan provides for the secured claim of LVNV Funding LLC to be voided pursuant to § 522(f). However, Debtor has not filed a § 522(f) motion.

2. Debtor's plan fails to provide for the secured claim of CVI Loan GT Trust I (listed on Schedule D). 11 U.S.C. § 1325(a)(5).

3. Debtor's plan is incapable of being administered. Debtor's plan provides for $28,000.00 of mortgage arrears to be paid through the plan to CitiFinancial Servicing LLC. CitiFinancial Servicing LLC filed a proof of claim (claim 5-1) that lists inconsistent amounts for pre-petition mortgage arrears. Page 3 of the proof of claims shows no pre-petition mortgage arrears. Page 2 of the attachment to the proof of claim shows pre-petition mortgage arrears of $41,160.27 (the first three pages of the Attachment are a second proof of claim. Thus Debtor's plan either fails to fully provide for the pre-petition mortgage arrears or unfairly discriminates against general unsecured creditors by paying pre-petition mortgage arrears that do not exist.

4. The Trustee reserves the right to report on the Debtor(s) payment history at the hearing on her Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

June 21, 2017

Respectfully submitted,

/s/ William R. Lambert
William R. Lambert #18882
Attorney for Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201
(303) 830-1971
(303) 830-1973 Fax

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on  June 21, 2017  addressed as follows:

Judith Jean Schneider
4316 East 113th Place
Thornton, CO  80233

Thomas A. Arany
1401 17th St., Ste. 300
Denver, CO  80202

Michael J. Watton
700 N. Water St., Ste. 500
Milwaukee, WI  53202

/s/    William R. Lambert
Chapter 13 Trustee Staff Member