**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: Judith Jean Schneider, | ) |
| | ) Case No. 17-11810-MER |
| Debtor. | ) |
| | ) Chapter 13 |
| | ) |

**NOTICE OF FILING AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS, AND HEARING ON CONFIRMATION**

**OBJECTION DEADLINE: AUGUST 23, 2017.**

YOU ARE HEREBY NOTIFIED that the debtor filed an amended Chapter 13 Plan on July 24, 2017, docket number 49. A copy of the Amended Chapter 13 Plan is attached.

A non-evidentiary hearing on confirmation has been set for **September 18, 2017** at **1:30 p.m.** at the U.S. Custom House, 721 19th Street, Courtroom C, Denver, Colorado 80202. Absent the entry of the order confirming the plan or rescheduling the hearing, Debtor's counsel is required to appear at the confirmation hearing. If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information.

If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline stated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

If no objections are filed, the amended plan may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

Dated: July 24, 2017

                                          Respectfully submitted,

                                          WATTON LAW GROUP

                                          /s/ Michael J. Watton
                                        Michael J. Watton, Esq., No. 46893
                                        700 North Water Street, Suite 500
                                        Milwaukee, WI 53202
                                        Telephone: 720-590-4600
                                        Fax: 303-295-0242
                                        Email: wlgdnvr@wattongroup.com
                                                    mwatton@wattongroup.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated July 24, 2017, docket no. 49, and the Notice of Filing Amended Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation were served by placing the same in the United States Mail, first class postage pre-paid, (or via electronic service through ECF if the party accepts service in this manner) this July 24, 2017 to the following:

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

United States Bankruptcy Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294-196

Merrick Bank
10705 South Jordan Gtwy # 200
South Jordan, UT 84095

Citifinancial Servicing LLC
605 Munn Rd E
C/S Care Dept
Fort Mill, SC 29715-8421

Adams County Clerk of Courts
Case #2016CV031178
1100 Judicial Center Dr.
Brighton, CO 80601

CitiFinancial Servicing LLC
PO Box 6043
Sioux Falls, SD 57117-6043

Adams County Treasurer
PO Box 869
Brighton, CO 80601

Colorado Department of Labor and Employm
633 17th St., Ste. 201
Denver, CO 80202-3660

Applied Bank
2200 Concord Pike, Suite 102
Wilmington, DE 19803

Colorado Department of Revenue
1375 Sherman Street, Room 504
Denver, CO 80261

Carson Smithfield LLC
PO Box 9216
Old Bethpage, NY 11804

Colorado Manager, Inc.
80 Garden Center, Ste. 3
Broomfield, CO 80020

Carson Smithfield LLC
225 W. Station Sqaure Dr.
Pittsburgh, PA 15219

CVI Loan GT Trust 1
c/o Machol & Johannes LLC
700 17th St. Ste. 300
Denver, CO 80202-3502

Citifinancial
Attn  Bankruptcy Department
P.O. Box 6042
Sioux Falls, SD 57117

CVI Loan GT Trust I
9320 Excelsior Blvd.
Minneapolis, MN 55434-3444

Ditech Financial LLC
c/o The Corporation Company
7700 E. Arapahoe Rd. Ste. 220
Englewood, CO 80112-1268

Ditech Financial, LLC
PO Box 6154
Rapid City, SD 57709-6154

First National Collection Bureau
610 Waltham
Sparks, NV 89434

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JC Penney - Bankruptcy Department
GE Money Bank
PO Box 965060
Orlando, FL 32896-5060

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10675
Greenville, SC 29603-0675

Medved Dale Decker & Deere, LLC
355 Union Boulevard, Ste. 250
Denver, CO 80228

Merrick Bank
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

One Advantage, LLC
7650 Magna Drive
Belleville, IL 62223-3366

Phillips & Cohen Associates Ltd.
PO Box 5790
Hauppauge, PA 17788-0164

Phillips & Cohen Associates, Ltd.
Mail Stop 147
1002 Justison Street
Wilmington, DE 19801-5148

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Publisher's Clearing House
PO Box 6344
Harlan, IA 51593-1844

Publishers Clearing House
Customer Service
101 Winners Circle
Port Washington, NY 11050

QVC
P.O. Box 2254
West Chester, PA 19380

Real Time Resolutions Inc.
c/o The Corporation Company
7700 E. Arapahoe Rd. Ste. 220
Englewood, CO 80112-1268

Real Time Resolutions, Inc
1349 Empire Central Drive, Suite #1
Dallas, TX 75247-4029

Seventh Avenue
112 7th Ave.
Monroe, WI 53566-1364

State of Colorado
Division of Finance and Procurement
Central Collection Service
633 17th Street, Suite 1540
Denver, CO 80202-3608

Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735-9100

SYNCB/JC Penneys
PO Box 965036
Orlando, FL 32896-5036

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Walmart Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060


/s/ Lacey K. Firehammer
Paralegal for Debtor's Counsel