UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: Judith Jean Schneider, | ) |
| | ) Case No. 17-11810-MER |
| Debtor. | ) |
| | ) Chapter 13 |
| | ) |

## CHAPTER 13 SHORT FORM FEE APPLICATION

### SUMMARY

Pursuant to 11 U.S.C. § 330, Applicant, Michael Watton, attorney for the debtor, requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred for all reasonably necessary and appropriate services rendered and to be rendered during the pendency of the entire case as follows:

1. TOTAL FEES REQUESTED in this application: $<u>4,100.00</u>
2. TOTAL EXPENSES REQUESTED in this application: $<u>0.00</u>

    (Total Fees and Expenses Requested) = $<u>4,100.00</u>

3. AMOUNT PAID TO DATE (exclusive of the filing fee): $<u>20.00</u>
4. **NET** AMOUNT OF FEES AND EXPENSES TO BE PAID THROUGH CONFIRMED PLAN NOT TO EXCEED AMOUNT FUNDED BY THE PLAN: = **$4,080.00**

### DETAIL IN SUPPORT OF FEE REQUEST

### 1. FEES

Amount of fee Applicant agreed to with Debtor(s) for performing services to represent the debtor in this case: (amount disclosed in 2016(b) disclosure): $<u>4,100.00</u>
 (amount disclosed in amended 2016(b) disclosure): $_____

A. This agreed upon fee represents (check applicable boxes):
 [**X**] a flat fee for all services in the case
 [ ] hourly charges based upon time spent.
 [ ] other fee arrangement based upon_____.

B. Applicant's rate for attorney services is $_____/ hour; the rate for associate attorney services is $_____/ hour; and the rate for paralegal services is $_____/ hour.

**2. EXPENSES**

Amount of expenses incurred:

| | |
|---|---|
| _____ copies (at _____/copy) | $_____ |
| Postage | $_____ |
| Other (specify): | $_____, agreed upon pre-confirmation flat expense rate. |
| Facsimile | $_____ |
| Legal Research | $_____ |

**Total:** $ 0.00

**APPLICANT'S CERTIFICATIONS
IN SUPPORT OF SHORT FORM FEE APPLICATION**

**APPLICANT CERTIFIES/ATTESTS THAT:**

1. I have performed and will continue to perform all reasonably necessary and appropriate services during the pendency of the entire case consistent with L.B.R. 9010-1.

2. I am requesting a fee for services rendered and to be rendered which does not exceed the presumptively reasonable fee amount referenced in L.R.R. 2016-3 and listed in the applicable Chapter 13 General Procedure Order, as amended from time to time.  I acknowledge that any payment of fees in excess of the presumptively reasonably fee requires additional application and approval by the court.

3. The foregoing is true and accurate.

Dated: September 29, 2017

WATTON LAW GROUP

 /s/ Michael J. Watton
Michael J. Watton, Esq., No. 46893
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI  53203
Telephone:  720-590-4600
Fax:  303-295-0242
Email:  wlgdnvr@wattongroup.com
            mwatton@wattongroup.com