United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 17-11810-MER
Judith Jean Schneider                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: cosior              Page 1 of 1              Date Rcvd: Oct 26, 2017
                              Form ID: 249              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db             +Judith Jean Schneider,    4316 East 113th Place,    Thornton, CO 80233-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Zeman    on behalf of Trustee Sally  Zeman mail@ch13colorado.com
              Michael J. Watton    on behalf of Debtor Judith Jean Schneider wlgdnvr@wattongroup.com
              Thomas A. Arany    on behalf of Debtor Judith Jean Schneider jdrewicz@wattongroup.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 5

(COB #249voAllowFee)(03/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Judith Jean Schneider

Debtor(s)

Case No.: 17−11810−MER
Chapter: 13

SSN/TID Nos. xxx−xx−0318

## ORDER ALLOWING AND APPROVING FEES

    WATTON LAW GROUP, counsel for the debtor(s), is allowed a fee for services herein of $ 4100.00 and reimbursement of out−of−pocket expenses of $ 0.00. Counsel received $ 20.00 prepetition. The remaining balance, $ 4080.00, is payable out of plan payments.

Dated: 10/26/17

BY THE COURT:
s/ Michael E. Romero
Chief United States Bankruptcy Judge