United States Bankruptcy Court
District of Colorado

In re:  
Judith Jean Schneider  
    Debtor

Case No. 17-11810-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: cosior    Page 1 of 1    Date Rcvd: Nov 28, 2017  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.  
17617942    CitiFinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:  
    Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com  
    Chapter 13 Trustee - Zeman    on behalf of Trustee Sally  Zeman mail@ch13colorado.com  
    Michael J. Watton    on behalf of Debtor Judith Jean Schneider wlgdnvr@wattongroup.com  
    Thomas A. Arany    on behalf of Debtor Judith Jean Schneider jdrewicz@wattongroup.com  
    US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
    TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

District of Colorado
Case No. 17-11810-MER
Chapter 13

In re: Debtor(s) (including Name and Address)

Judith Jean Schneider
4316 East 113th Place
Thornton CO 80233

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/27/2017.

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 5: CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 | Wilmington Savings Fund Society, FSB, et al<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/30/17

Kenneth S. Gardner
**CLERK OF THE COURT**