**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JUDITH JEAN SCHNEIDER | CASE:  17-11810 MER |

**DEBTOR**

**NOTICE PURSUANT TO L.B.R. 9013-1 OF CHAPTER 13 TRUSTEE'S OBJECTION TO PROOF OF CLAIM**

## OBJECTION DEADLINE: January 18, 2019.

**YOU ARE HEREBY NOTIFIED** that the Chapter 13 Trustee has filed a Motion to Determine Treatment of Claim #7 filed by ADAMS COUNTY TREASURER, with the Bankruptcy Court and requests the following relief:  Order Granting Chapter 13 Trustee's Motion to Determine Treatment of Claim #7 filed by ADAMS COUNTY TREASURER.

If you oppose the Motion or object to the requested relief, your response and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATE:  December 12, 2018

BY:/s/ Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201
tel 303 830-1971
fax 303 830 1973
agoodman@ch13colorado.com