UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                           CHAPTER 13
JUDITH JEAN SCHNEIDER            CASE: 17-11810 MER

**DEBTOR**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 12, 2018, I served by prepaid first class mail a copy of the Chapter 13 Trustee's Motion to Determine Treatment of Claim #7 filed by ADAMS COUNTY TREASURER, and 9013 Notice on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

| ADAMS COUNTY TREASURER<br>P O BOX 869<br>BRIGHTON, CO 80601 | JUDITH JEAN SCHNEIDER<br>4316 EAST 113TH PLACE<br>THORNTON, CO 80233 | WATTON LAW GROUP<br>301 W WISCONSIN AVE<br>5TH FL<br>MILWAUKEE, WI 53203 |
|---|---|---|

Dated: December 12, 2018

/s/Anne
Chapter 13/Staff Member
PO Box 1169
Denver, CO 80201-1169
(303)830-1971