| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Judith  Jean  Schneider | Case #: | 17-11810-MER |
|          First Name  Middle Name  Last Name | | |
| Debtor 2: | Chapter: | 13 |
|          First Name  Middle Name  Last Name | | |

## Local Bankruptcy Form 9010-1.1
## Notice of Advisement

### Part 1  Notice

The undersigned, attorney of record for the debtor in this case, hereby certifies that:

- ☒ The undersigned has advised the debtor regarding the following pending matter: Chapter 13 Trustee's Motion to Determine Treatment of Claim #7 Filed by Adams County Treasure Motion For Relief From Stay, Docket No. 63.

- ☐ The undersigned has informed the debtor that the undersigned will take no further action or file a response to this matter on behalf of the debtor.

- ☐ Opposing counsel may communicate directly with the debtor regarding this pending matter.

### Part 2  Signature of Debtor's Attorney

Dated: January 18, 2019

By: /s/ Michael J. Watton, Esq. #46893
    Signature of Attorney

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com

| Fill in this information to identify your case | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | |
| Debtor 1: Judith Jean Schneider | Case #: 17-11810-MER |
| Debtor 2: | Chapter: 13 |

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the forgoing Notice was served by placing the same in the United States Mail, first class postage pre-paid, (or via electronic service through ECF if the party accepts service in this manner) this January 18, 2019 to the following:

**The following creditors received electronic notice via CM/ECF:**

Adam M. Goodman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

US Trustee, 13
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

**Signature**

Dated: January 18, 2019

By: /s/ Tammy Her
Legal Assistant for Debtor's Counsel

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com