| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JUDITH JEAN SCHNEIDER | CASE: 17-11810 MER |

DEBTOR

## ORDER GRANTING TRUSTEE'S MOTION TO DETERMINE TREATMENT OF CLAIM FILED BY ADAMS COUNTY TREASURER, CLAIM #7

This matter came before the Court on the Chapter 13 Trustee's Motion to Determine Treatment of Claim #7 filed by ADAMS COUNTY TREASURER with a notice and opportunity of hearing. Trustee alleged the Chapter 13 Plan did not provide for the secured claim filed by ADAMS COUNTY TREASURER. No party filed a response to the Trustee's pleading. Accordingly, it is

ORDERED that Trustee's Motion to Determine Treatment of Claim is GRANTED. It is further, ORDERED that Trustee shall not fund ADAMS COUNTY TREASURER's proof of claim unless the plan is modified to provide for the claim.

Dated: January 29, 2019

BY THE COURT:

_____
United States Bankruptcy Judge