United States Bankruptcy Court
District of Colorado

In re:  
Judith Jean Schneider  
    Debtor

Case No. 17-11810-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: potters     Page 1 of 1     Date Rcvd: Jan 29, 2019  
                    Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.  
db           +Judith Jean Schneider,    4316 East 113th Place,    Thornton, CO 80233-2609  
17538469       +Adams County Treasurer,    PO Box 869,    Brighton, CO 80601-0869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:  
           Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com  
           Chapter 13 Trustee - Zeman    on behalf of Trustee Sally  Zeman mail@ch13colorado.com  
           Michael J. Watton     on behalf of Debtor Judith Jean Schneider wlgdnvr@wattongroup.com, MaloneyMR67557@notify.bestcase.com  
           Thomas A. Arany     on behalf of Debtor Judith Jean Schneider jdrewicz@wattongroup.com, MaloneyMR67557@notify.bestcase.com  
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JUDITH JEAN SCHNEIDER | CASE: 17-11810 MER |

DEBTOR

**ORDER GRANTING TRUSTEE'S MOTION TO DETERMINE TREATMENT OF CLAIM FILED BY ADAMS COUNTY TREASURER, CLAIM #7**

This matter came before the Court on the Chapter 13 Trustee's Motion to Determine Treatment of Claim #7 filed by ADAMS COUNTY TREASURER with a notice and opportunity of hearing. Trustee alleged the Chapter 13 Plan did not provide for the secured claim filed by ADAMS COUNTY TREASURER. No party filed a response to the Trustee's pleading. Accordingly, it is

ORDERED that Trustee's Motion to Determine Treatment of Claim is GRANTED. It is further, ORDERED that Trustee shall not fund ADAMS COUNTY TREASURER's proof of claim unless the plan is modified to provide for the claim.

Dated: January 29, 2019

BY THE COURT:

United States Bankruptcy Judge