# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

Judith Jean Schneider,
    Debtor

Case No. 17-11810-MER
Chapter 13

## MOTION TO APPROVE STIPULATION RESOLVING
## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

    Movant, Wilmington Savings Funds Society, FSB as Owner Trustee of Residential Credit Opportunities Trust V-C, hereby files its motion for the Court to approve the stipulation entered into between the parties and, in support thereof, states as follows:

    1.    Movant filed a Motion for Relief from Stay on February 21, 2019 at Doc #70 and a Motion for Relief from Co-Debtor Stay on February 21, 2019 as Doc #71, and holds a lien on the following described property:

**Lot 21, Block 8 Woodglen, Filing No. 6, County of Adams, State of Colorado.**

**FOR TITLE REFERENCE, SEE DEED IN DOCUMENT #20050830000936640**

Also known as: 4316 E 113th Place, Thornton, Colorado 80233

    2.    The parties subsequently met and agreed to enter into a written stipulation resolving the pending Motion for Relief.

    3.    The original stipulation attached to this Motion is submitted for the Court's approval and execution.

    WHEREFORE, Movant, Wilmington Savings Funds Society, FSB as Owner Trustee of Residential Credit Opportunities Trust V-C, requests that this Court approve and execute the stipulation.

Dated: April 16, 2019

Respectfully submitted,

/s/ Christopher A. Young
Christopher A. Young #34207
CYLG, P.C.
1750 N. High Street
Denver, CO 80218
Phone 303-333-1252
Fax 303-399-3963
cyoung@cylgpc.com

1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Judith Jean Schneider,<br>xxx-xx-0318,<br>          Debtor | Case No. 17-11810-MER<br><br>Chapter 13 |
| Wilmington Savings Funds Society, FSB as Owner Trustee of Residential Credit Opportunities Trust V-C, its successors and/or assigns<br>          Movant,<br><br>vs.<br><br>Judith Jean Schneider xxx-xx-0318;<br>John R. Schneider xxx-xx-9843, Co-Debtor;<br>and Adam M Goodman, Trustee,<br>          Respondents. | |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM
AUTOMATIC STAY AND CO-DEBTOR STAY**

      Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A filed their Motion for Relief From Automatic Stay (Docket No. 70) and Motion for Relief From Automatic Stay as to Co-Debtor (Docket No. 71). The loan was service released effective March 25, 2019. A transfer of claim was filed with the court on April 1, 2019 as Docket No. 78 transferring the claim to Wilmington Savings Funds Society, FSB as Owner Trustee of Residential Credit Opportunities Trust V-C serviced by AMIP Management. Wilmington Savings Funds Society, FSB as Owner Trustee of Residential Credit Opportunities Trust V-C serviced by AMIP Management, successors and/or assigns, ("Movant") and the Debtor above-named, by and through their undersigned counsel, stipulate and jointly move for the entry of the Order submitted herewith as follows:

1.     The Debtor is indebted to Movant pursuant to a Promissory Note secured by a Deed of Trust, which was subsequently assigned to Movant. Said instruments have created a lien upon the property in favor of Movant.

2.     The property identified under said documents from which Movant has a valid lien and security interest is described as follows:

1

**Lot 21, Block 8 Woodglen, Filing No. 6, County of Adams, State of Colorado.**

**FOR TITLE REFERENCE, SEE DEED IN DOCUMENT #20050830000936640**

**Also known as: 4316 E 113th Place, Thornton, Colorado 80233.**

3. Movant has a valid lien and security interest in the property as evidenced by virtue of a Promissory Note and properly recorded Deed of Trust.

4. Debtor and Movant wish to enter into this Stipulation to Resolve Movant's pending Motion, to allow the Debtor to bring payments current or otherwise resolve the loan default as may be specified herein, and to allow Movant to obtain an Order for Relief from Stay and Co-Debtor Stay if the terms of this stipulation are not fulfilled.

5. Debtor shall continue to make timely payments pursuant to the Note, commencing with the April 15, 2019 payment.

    Regular monthly amounts may be subject to change for escrow adjustments, interest rate adjustments, or otherwise, if the loan documents provide for such changes.

    Debtor shall pay off arrearages in the total amount of $10,963.31, representing $9,932.31 in post-petition payments from July 15, 2018 through March 15, 2019, and attorneys' fees and costs of $1,031.00. Said arrearages shall be paid in monthly installments of $913.61 each, commencing on May 1, 2019, and continuing on the 1st day of each month thereafter until March 1, 2020, with the balance of $913.60 to be paid on or before April 1, 2020.

    All payments shall be made payment to Movant's servicing agent, with the loan number noted on the remittance. All payments shall be mailed or delivered to:

    FCI Lender Services, Inc.
    PO Box 27370
    Anaheim Hills, CA  92809

6. The automatic stay of 11 U.S.C. § 362 be, and same is hereby, continued in effect with respect to Movant, its successors and assigns, and the Property, provided that Debtor timely pays the *ad valorem* taxes going forward and maintain property insurance, if not escrowed for such. If the loan is escrowed, Debtor shall also be obligated to pay the full amount of escrow due and proceed with all requirements under the loan, including but not limited to timely notifying Movant in the event different insurance is requested. These obligations shall continue annually thereafter until the indebtedness secured by the Property is fully paid.

7. In the event of one (1) payment default (i.e. payment not received by the due date or in the amount set forth in the note or by this Stipulation, including "NSF" (Non-Sufficient Funds), during any consecutive twelve (12) month period, including paying insurance and/or all *ad*

*valorem* taxes in full within the specified time period, Movant may obtain an order for relief from stay permitting Movant to foreclose its security interest, which Order the Court shall enter upon receiving written notice of such default, provided that Movant shall first give ten (10) days written notice to Debtor at her current mailing address, and to Debtor's counsel at said counsel's address herein, which notice shall be deemed given as of the date it is deposited in the U.S. Mail, first class postage fully prepaid. The Order for Relief shall be immediately effective and shall not be stayed pursuant to Bankruptcy Rule 4001(a)(3).

8. Upon entry of the Order approving this Stipulation, Movant's Motion for Relief from Stay, filed on or about February 21, 2019 (Docket No. 70) and for Relief from Co-Debtor Stay on February 21, 2019 (Docket No. 71) shall be deemed withdrawn. Any hearing or preliminary hearing thereon shall be vacated.

9. If this proceeding is a Chapter 13 case, this Stipulation shall survive conversion of this case to a Chapter 7 proceeding.

10. In the event the case is dismissed or discharged, this Stipulation is terminated and of no further force or effect.

11. A Notice of Fees, Expenses, and Charges pursuant to Bankruptcy Rule 3002.1(c) is not required for the fees and costs included and disclosed as part this Order.

12. In the event Movant is granted relief from stay and co-debtor stay, the Trustee shall make no further distribution toward the secured portion of the Claim.

13. Should Creditor obtain relief from the Automatic Stay and Co-Debtor Stay due to a breach of the terms of this Order, any final Order for Relief from the Automatic Stay and Co-Debtor Stay shall provide for the 14-day Stay described by Bankruptcy Rule 4001(a)(3) to be waived.

DATED: 4-15-19

CYLG, P.C.

/s/ Christopher A. Young
Christopher A. Young #34207
1750 N. High Street
Denver, CO 80218
Phone 303-333-1252
F.142-004.NF

WATTON LAW GROUP

Thomas Arany
1660 Lincoln St., Ste. 2505
Denver, CO 80264
Phone: 720- 590-4600
Attorney for Debtor

OFFICE OF THE CHAPTER 13 TRUSTEE
Approved as to Form

Adam M. Goodman #39723
P.O. Box 1169
Denver, CO 80201

1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:
Judith Jean Schneider,

Case No. 17-11810-MER

Debtor.

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on the  16  day of  April , 2019 , a true and correct copy of the **STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY,** together with a copy of the **ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY,** was sent by U.S. mail, proper postage affixed, or electronically, to the following:

Judith Jean Schneider
4316 East 113th Place
Thornton, CO 80233 Debtor

John R. Schneider
4316 East 113th Place
Thornton, CO 80233
Co-Debtor

Michael J. Watton
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
Attorney for Debtor

Thomas A. Arany
Watton Law Group
1660 Lincoln St., Ste. 2505
Denver, CO 80264
Attorney for Debtor

Adam M Goodman
P.O. Box 1169
Denver, CO 80201
Chapter 13 Trustee

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste., 12-200
Denver, CO 80294

*/s/Sherrie Shinkle*
Sherrie Shinkle

1